**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
21243 Ventura Blvd., Suite 141
Woodland Hills, CA 91364
telephone (818)805-3161
fax (818)805-3163
erisa@erisarights.com
Attorney for Plaintiff

JS-6



FILED
CLERK, U.S. DISTRICT COURT

JAN 3, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EIGNER,<br><br>      Plaintiff,<br><br>      v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a corporation; DOES 1-10,<br><br>      Defendants. | Case No. 2:17 CV 211 VAP (JEMx)<br><br>[~~PROPOSED~~] JUDGMENT |

    The parties, having briefed the issues and agreeing that the Court could decide the case through a trial on the administrative record, and the Court, having considered written and oral argument from all parties, hereby orders judgment entered as follows:

    The Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY shall pay to the Plaintiff all accrued unpaid benefits plus interest due him under its insurance policy covering the Silgan disability plan to such future date when it shall determine that he is no longer entitled to benefits under the plan.

The defendant is ordered to pay timely to the Plaintiff all future benefits due him for so long as he is eligible for such benefits.

Plaintiff shall make a motion to the court for reasonable attorney fees in accordance with federal law and the local rules, to recover costs, and to set the interest rate on the arrears owed to him.

Dated: <u>January 03, 2018</u>        _____

                                       Hon. Virginia A. Phillips

                                       Chief, U. S. District Judge